AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

DB STRUCTURED PRODUCTS, INC.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

CAMERON FINANCIAL GROUP, INC.

**07 CV 4124**

TO: (Name and address of defendant)

CAMERON FINANCIAL GROUP, INC.
1065 Higuera Street
San Luis Obispo, California 93401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THACHER PROFFITT & WOOD LLP
Richard F. Hans (RH-0110)
John P. Doherty (JD-3275)

Two World Financial Center
New York, New York 10281
(212) 912-7400

an answer to the complaint which is herewith served upon you, within _____**TWENTY**_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

MAY 2 5 2007

DATE

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____
   _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____
   _____

☐  Returned unexecuted: _____
   _____
   _____

☐  Other (specify): _____
   _____
   _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                 Date                                    Signature of Server

                                          _____
                                                    Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

B 151 — Affidavit of Service of Summons or Subpoena: Personal or Alternative Method: Corp. or Ind.; Military Service, 10 pt. type; 1-93

Blumberg's Law Products

© 1993 JULIUS BLUMBERG, INC. PUBLISHER, NYC 10013

**COURT** UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**COUNTY OF**

DB STRUCTURED PRODUCTS, INC.,

Plaintiff(s)

against

CAMERON FINANCIAL GROUP, INC.,

Defendant(s)

Index No. 07 CV 4124

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

SEE ATTACHED RIDER

STATE OF ~~NEW YORK~~ CALIFORNIA COUNTY OF SAN LUIS OBISPO SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at IN THE STATE OF CALIFORNIA
That on 6/6/07 at 12:45PM, at 770 MORRO BAY BLVD., MORRO BAY, CA 93442 defendant therein named,
deponent served the within summons, and complaint on CAMERON FINANCIAL GROUP, INC.
SEE ATTACHED RIDER BY SERVING CHUCK OGLE, JR., REGISTERED AGENT

**INDIVIDUAL 1.** ☒ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☐ a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

☒ Male ☐ Female
☒ White Skin ☐ Black Skin ☐ Yellow Skin ☐ Brown Skin ☐ Red Skin
☐ Black Hair ☒ Brown Hair ☐ Blonde Hair ☐ Gray Hair ☐ Red Hair
☐ White Hair ☐ Balding ☐ Mustache ☐ Beard ☐ Glasses
☐ 14-20 Yrs. ☐ 21-35 Yrs. ☒ 36-50 Yrs. ☐ 51-65 Yrs. ☐ Over 65 Yrs.
☐ Under 5' ☐ 5'0"-5'3" ☐ 5'4"-5'8" ☒ 5'9"-6'0" ☐ Over 6'
☐ Under 100 Lbs. ☐ 100-130 Lbs. ☐ 131-160 Lbs. ☒ 161-200 Lbs. ☐ Over 200 Lbs.

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

_Vicki Ballew_ (signature)

PRINT NAME BENEATH SIGNATURE
VICKI BALLEW

Sworn to before me on June 8, 2007

_Rhonda Sand... (signature)_

RHONDA LANE ROBINSON
COMM. #1545620
NOTARY PUBLIC - CALIFORNIA
SAN LUIS OBISPO COUNTY
My Comm. Expires JAN. 18, 2009

License No. 138

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X  Case No. 07 CV 4124
DB STRUCTURED PRODUCTS, INC.,

                    Plaintiff,
                                              RIDER TO AFFIDAVIT
       - against -                                OF SERVICE

CAMERON FINANCIAL GROUP, INC.,

                    Defendant.
----------------------------------------X
```

List of Documents served:

1. Summons In A Civil Case;

2. Complaint;

3. Explanation Of Relatedness;

4. Disclosure Statement Pursuant To Federal Rule Of Civil Procedure 7.1;

5. Civil Cover Sheet;

6. Individual Practices of Judge Denise L. Cote;

7. Individual Rules Of Practices Of Magistrate Judge Kevin Nathaniel Fox;

8. Procedures For Electronic Case Filing;

9. Guidelines For Electronic Case Filing; and

10. 3rd Amended Instructions For Filing An Electronic Case Or Appeal.