MICHAEL EINBINDER (ME-3930)
LINDEN E. THOMAS (LT-9974)
EINBINDER & DUNN, LLP
*Lead counsel for defendant*
104 WEST 40th STREET
NEW YORK, NEW YORK 10018
(212) 391-9500
(212) 391-9025-facsimile

RICHARD F. HANS (RH-0110)
JOHN P. DOHERTY (JD-3275)
KERRY CUNNINGHAM (KC-1825)
BRENDAN ZAHNER (BZ-8645)
THACHER PROFFITT & WOOD LLP
*Lead counsel for plaintiff*
Two World Financial Center
New York, New York
(212) 912-7400
(212) 912-7751-facsimile

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC. | Case No.: 07 CIV 4124 (DLC) |
| Plaintiff, | |
| -against- | AGREED STIPULATION EXTENDING DEFENDANT'S TIME TO FILE AN ANSWER OR MOTION WITH RESPECT TO PLAINTIFF'S COMPLAINT |
| CAMERON FINANCIAL GROUP, INC., | |
| Defendant. | |

Plaintiff, DB STRUCTURED PRODUCTS, INC., (hereinafter "Plaintiff"), and Defendant, CAMERON FINANCIAL GROUP, INC. (hereinafter "Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on or about May 25, 2007 Plaintiff filed its Complaint;

WHEREAS, Plaintiff has filed an affidavit of service indicating that Defendant was purportedly served with its Complaint on or about June 6, 2007;

WHEREAS, Defendant's counsel has requested an extension of time to answer or move with respect to the Complaint until July 13, 2007;

WHEREAS, Defendant has agreed to waive defenses based upon the manner of service of the Complaint.

NOW THEREFORE, IT IS on this 26th day of June, 2007

ORDERED THAT;

Defendant's time to file and serve an answer or a motion regarding Plaintiff's Complaint is hereby extended to July 13, 2007.

_____
MICHAEL EINBINDER (ME-3930)
EINBINDER & DUNN, LLP
*Counsel for Defendant*
104 West 40th Street
New York, New York 10018
Telephone: (212) 391-9500
Telecopier: (212) 391-9025

_____
RICHARD F. HANS (RH-0110)
JOHN P. DOHERTY (JD-3275)
KERRY CUNNINGHAM (KC-1825)
BRENDAN ZAHNER (BZ-8645)
THACHER PROFFITT & WOOD LLP
*Counsel for Plaintiff*
Two World Financial Center
New York, New York
Telephone: (212) 912-7400
Telecopier: (212) 912-7751

SO ORDERED:

_____
HONORABLE DENISE L. COTE
United States District Court Judge

June 27, 2007

2