UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,

                        Plaintiff,

    -against-

CAMERON FINANCIAL GROUP, INC.

                        Defendant.
----------------------------------------------------------------x

**ECF CASE**

07 Civ. 4124 (DLC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

       JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

       On July 2, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 20, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

                                       Michael Einbinder
                                       Linden E. Thomas
                                       Einbinder & Dunn, LLP
                                       104 West 40th Street
                                       New York, New York 10018

                                       *[signature]*
                                       JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
3rd day of July 2007

*[signature]*
Notary Public

                                       JONATHAN E. WILSON
                                       Notary Public, State of New York
                                       No. 01WI6091214
                                       Qualified in Bronx County
                                       Certificate Filed in New York County
                                       Commission Expires April 28, 2011