07/13/2007 14:10 FAX 212 391 9025     EINBINDER & DUNN                    ☒002

MICHAEL EINBINDER (ME-3930)
LINDEN B. THOMAS (LT-9974)
EINBINDER & DUNN, LLP
*Lead counsel for defendant*
104 WEST 40th STREET
NEW YORK, NEW YORK 10018
(212) 391-9500
(212) 391-9025-facsimile

RICHARD F. HANS (RH-0110)
JOHN P. DOHERTY (JD-3275)
BRENDAN ZAHNER (BZ-8645)
THACHER PROFFITT & WOOD LLP
*Lead counsel for plaintiff*
Two World Financial Center
New York, New York
(212) 912-7400
(212) 912-7751-facsimile

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.,

    Plaintiff,

-against-

CAMERON FINANCIAL GROUP, INC.,

    Defendant.

Case No.: 07 CIV 4124 (DLC)

AGREED STIPULATION EXTENDING DEFENDANT'S TIME TO FILE AN ANSWER OR MOTION WITH RESPECT TO PLAINTIFF'S COMPLAINT

    Plaintiff, DB STRUCTURED PRODUCTS, INC., (hereinafter "Plaintiff"), and Defendant, CAMERON FINANCIAL GROUP, INC. (hereinafter "Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

    WHEREAS, on or about May 25, 2007 Plaintiff filed its Complaint;

    WHEREAS, Plaintiff has filed an affidavit of service indicating that Defendant was purportedly served with its Complaint on or about June 6, 2007;

    WHEREAS, Defendant's counsel has requested an extension of time to answer or move with respect to the Complaint until July 27, 2007.

WHEREAS, Defendant has agreed to waive defenses based upon the manner of service of the Complaint.

NOW THEREFORE, IT IS on this ___ day of ~~June~~ July (L.T.), 2007 (B.Z.)

ORDERED THAT,

Defendant's time to file and serve an answer or a motion regarding Plaintiff's Complaint is hereby extended to July 27, 2007.

_____
LINDEN E. THOMAS (LET-9974)
BINBINDER & DUNN, LLP
Counsel for Defendant
104 West 40th Street
New York, New York 10018
Telephone: (212) 391-9500
Telecopier: (212) 391-9025

_____
RICHARD F. HANS (RH-0110)
JOHN P. DOHERTY (JD-2278)
BRENNAN ZANNER (BZ-9045)
THACHER PROFFITT & WOOD LLP
Counsel for Plaintiff
Two World Financial Center
New York, New York
Telephone: (212) 912-7400
Telecopier: (212) 912-7751

SO ORDERED.

_____
HONORABLE DENISE L. COTE
United States District Court Judge

July 16, 2007

2