MICHAEL EINBINDER (ME-3930)
LINDEN E. THOMAS (LT-9974)
EINBINDER & DUNN, LLP
*Counsel for defendant*
104 WEST 40th STREET
NEW YORK, NEW YORK 10018
(212) 391-9500
(212) 391-9025-facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC. | Case No.: 07 CIV 4124 (DLC) |
| Plaintiff, | **RULE 7.1 STATEMENT** |
| -against- | |
| CAMERON FINANCIAL GROUP, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Cameron Financial Group, Inc., (a private non-governmental party) certifies that Cameron Financial Group, Inc. does not have a parent corporation and that no publicly held corporation owns 10% or more of the stock of Cameron Financial Group, Inc.

Dated: New York, New York
July 26, 2007

EINBINDER & DUNN, LLP

By:____s/Michael Einbinder_____
    Michael Einbinder (ME-3930)
    Attorneys for Defendants
    104 West 40th Street
    New York, New York 10018