MICHAEL EINBINDER (ME-3930)
LINDEN E. THOMAS (LT-9974)
EINBINDER & DUNN, LLP
*Counsel for defendant*
104 WEST 40th STREET
NEW YORK, NEW YORK 10018
(212) 391-9500
(212) 391-9025-facsimile

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC. | Case No.: 07 CIV 4124 (DLC) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| CAMERON FINANCIAL GROUP, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that the EINBINDER & DUNN, LLP has been retained as attorneys for defendant, CAMERON FINANCIAL GROUP, INC., and hereby appears on their behalf.

Dated: New York, New York
July 26, 2007

EINBINDER & DUNN, LLP

By: /s/*Michael Einbinder*
Michael Einbinder, Esq. (ME 3930)
*Attorneys for Defendant*
*Cameron Financial Group, Inc.*
104 West 40th Street
New York, NY 10018
Tel: (212) 391-9500
Fax: (212) 391-9025