```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DB STRUCTURED PRODUCTS, INC.,            :
                                         :   07 CIV. 4106(DLC)
                    Plaintiff,           :   (KNF)*
                                         :
         -v-                             :
                                         :      ORDER OF
MORTGAGE CORPORATION OF AMERICA, INC.,   :   REFERENCE TO A
d/b/a ZONE FUNDING,                      :   MAGISTRATE JUDGE
                    Defendant.           :
---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :   07 CIV. 4109
                    Plaintiff,           :
                                         :
         -v-                             :
                                         :
BALTIMORE AMERICAN MORTGAGE              :
CORPORATION, INC.,                       :
                    Defendant.           :
---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :   07 CIV. 4115
                                         :
         -v-                             :
                                         :
FIRST CAPITAL MORTGAGE CORP.,            :
                                         :
                    Defendant.           :
---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :   07 CIV. 4116
                                         :
         -v-                             :
                                         :
ACT LENDING CORPORATION,                 :
                                         :
                    Defendant.           :
---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :   07 CIV. 4118
                                         :
         -v-                             :
                                         :
COMMONSENSE MORTGAGE CORPORATION, INC.,  :
                                         :
                    Defendant.           :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07

```
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
                Plaintiff,            :   07 CIV. 4119
                                      :
        -v-                           :
                                      :
LENDER, LTD.,                         :
                Defendant.            :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
                Plaintiff,            :   07 CIV. 4120
                                      :
        -v-                           :
                                      :
MARIBELLA MORTGAGE, LLC,              :
                                      :
                Defendant.            :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
                Plaintiff,            :   07 CIV. 4121
                                      :
        -v-                           :
                                      :
LANCASTER MORTGAGE BANKERS, LLC,      :
                                      :
                Defendant.            :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :   07 CIV. 4122
                Plaintiff,            :
                                      :
        -v-                           :
                                      :
GREAT NORTHERN FINANCIAL GROUP, INC., :
                                      :
                Defendant.            :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
                Plaintiff,            :   07 CIV. 4123
                                      :
        -v-                           :
                                      :
INVESTAID CORPORATION,                :
                                      :
                Defendant.            :
------------------------------------- :
```

```
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :   07 CIV. 4124
                                          :
          -v-                             :
                                          :
CAMERON FINANCIAL GROUP, INC.,            :
                                          :
                    Defendant.            :
------------------------------------------:
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :   07 CIV. 4125
                                          :
          -v-                             :
                                          :
TRANSNATIONAL FINANCIAL NETWORK, INC.,    :
                                          :
                    Defendant.            :
------------------------------------------:
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :   07 CIV. 4126
                                          :
          -v-                             :
                                          :
BAYROCK MORTGAGE CORPORATION,             :
                                          :
                    Defendant.            :
------------------------------------------:
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :   07 CIV. 4127
                                          :
          -v-                             :
                                          :
IFREEDOM DIRECT CORPORATION, f/k/a NEW    :
FREEDOM MORTGAGE CORPORATION,             :
                                          :
                    Defendant.            :
------------------------------------------X
```

DENISE COTE, District Judge:

 The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |

3

| | |
|---|---|
| \_\_\_ Specific Non-Dispositive Motion/Dispute* | \_\_\_ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose: _____ |
| \_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | \_\_\_ Habeas Corpus |
| X  Settlement* | \_\_\_ Social Security |
| \_\_\_ Inquest After Default/Damages Hearing | \_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | Particular Motion: _____ |

\*   Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:   New York, New York
         August 10, 2007

                                      /s/ Denise Cote
                                      DENISE COTE
                                      United States District Judge

4