USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC., | : |
| Plaintiff, | : |
| -against- | : **ORDER** |
| | : 07 Civ. 4106 (DLC)(KNF) |
| MORTGAGE CORP. OF AMERICA, INC., d/b/a/ ZONE FUNDING, | : |
| Defendant. | : |

-------------------------------------------------------- :

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC., | : |
| Plaintiff, | : |
| -against- | : |
| | : 07 Civ. 4109 (DLC)(KNF) |
| BALTIMORE AMERICA MORTGAGE CORP., INC., | : |
| Defendant. | : |

------------------------------------------------------------

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC., | : |
| Plaintiff, | : |
| -against- | : |
| | : 07 Civ. 4115 (DLC)(KNF) |
| FIRST CAPITAL MORTGAGE CORP., | : |
| Defendant. | : |

------------------------------------------------------------

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC., | : |
| Plaintiff, | : |
| -against- | : |
| | : 07 Civ. 4116 (DLC)(KNF) |
| PRAJNA GROUP, INC. d/b/a LIBERTY MORTGAGE FUNDING, | : |
| Defendant. | : |

-------------------------------------------------------- :

```
---------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                    Plaintiff,           :

        -against-                        :
                                              07 Civ. 4117 (DLC)(KNF)
ACT LENDING CORP.,                       :

                    Defendant.           :
---------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                    Plaintiff,           :

        -against-                        :
                                              07 Civ. 4118 (DLC)(KNF)
COMMONSENSE MORTGAGE CORP., INC.,        :

                    Defendant.           :
---------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                    Plaintiff,           :

        -against-                        :
                                              07 Civ. 4119 (DLC)(KNF)
LENDER, LTD.,                            :

                    Defendant.           :
---------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                    Plaintiff,           :

        -against-                        :
                                              07 Civ. 4120 (DLC)(KNF)
MARIBELLA MORTAGE, LLC,                  :

                    Defendant.           :
---------------------------------------------------------
```

| | | |
|---|---|---|
| ------------------------------------------------------------ | | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| Plaintiff, | : | |
| -against- | : | 07 Civ. 4121 (DLC)(KNF) |
| LANCASTER MORTAGE BANKERS, LLC, | : | |
| Defendant. | : | |
| ------------------------------------------------------------ | | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| Plaintiff, | : | |
| -against- | : | 07 Civ. 4122 (DLC)(KNF) |
| GREAT NORTHERN FINANCIAL GROUP, INC., | : | |
| Defendant. | : | |
| ------------------------------------------------------------ | | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| Plaintiff, | : | |
| -against- | : | 07 Civ. 4123 (DLC)(KNF) |
| INVESTAID CORPORATION, | : | |
| Defendant. | : | |
| ------------------------------------------------------------ | | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| Plaintiff, | : | |
| -against- | : | 07 Civ. 4124 (DLC)(KNF) |
| CAMERON FINANCIAL GROUP, INC., | : | |
| Defendant. | : | |
| ------------------------------------------------------------ | | |

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                :

                Plaintiff,                   :

        -against-                            :
                                                   07 Civ. 4125 (DLC)(KNF)
TRANSNATIONAL FINANCIAL NETWORK,             :
INC.,
                                             :
                Defendant.
---------------------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,
                                             :
                Plaintiff,
                                             :
        -against-
                                             :
                                                   07 Civ. 4126 (DLC)(KNF)
BAYROCK MORTGAGE CORPORATION,
                                             :
                Defendant.
---------------------------------------------------------- X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-

captioned actions on September 24, 2007, at 5:00 p.m. The telephonic conference shall be

initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
      August 27, 2007                                 SO ORDERED:

                                                                */s/ Kevin Nathaniel Fox*
                                                                 KEVIN NATHANIEL FOX
                                                                UNITED STATES MAGISTRATE JUDGE