UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DB STRUCTURED PRODUCTS, INC.,                    :

           Plaintiff,                    :

      -against-                    :

MORTGAGE CORP. OF AMERICA, INC.,                    :
d/b/a/ ZONE FUNDING,

                        :

           Defendant.                    :
---------------------------------------------------------- :

DB STRUCTURED PRODUCTS, INC.,                    :

           Plaintiff,                    :

      -against-                    :

                        :

BALTIMORE AMERICA MORTGAGE CORP.,
INC.,                    :

           Defendant.                    :
----------------------------------------------------------

DB STRUCTURED PRODUCTS, INC.,                    :

           Plaintiff,                    :

      -against-                    :

FIRST CAPITAL MORTGAGE CORP.,                    :

           Defendant.                    :
----------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED  09/26/07

**ORDER**
07 Civ. 4106 (DLC)(KNF)

07 Civ. 4109  (DLC)(KNF)

07 Civ. 4115 (DLC)(KNF)

```
-----------------------------------------------------------
```
DB STRUCTURED PRODUCTS, INC.,                    :

                Plaintiff,                    :

             -against-                    :

                           07 Civ. 4116 (DLC)(KNF)

PRAJNA GROUP, INC. d/b/a LIBERTY                 :
MORTGAGE FUNDING,
                                                 :
              Defendant.
```
-----------------------------------------------------------  :
```
DB STRUCTURED PRODUCTS, INC.,                    :

                Plaintiff,                    :

             -against-                    :

                           07 Civ. 4117 (DLC)(KNF)

ACT LENDING CORP.,                               :

             Defendant.                  :
```
-----------------------------------------------------------
```
DB STRUCTURED PRODUCTS, INC.,                    :

                Plaintiff,                    :

             -against-                    :

                           07 Civ. 4118 (DLC)(KNF)

COMMONSENSE MORTGAGE CORP., INC.,                :

             Defendant.                  :
```
-----------------------------------------------------------
```
DB STRUCTURED PRODUCTS, INC.,                    :

                Plaintiff,                    :

             -against-                    :

                           07 Civ. 4119 (DLC)(KNF)

LENDER, LTD.,                                    :
             Defendant.                  :
```
-----------------------------------------------------------
```

```
--------------------------------------------------------------
```
DB STRUCTURED PRODUCTS, INC.,                    :

               Plaintiff,                    :

             -against-                    :

                                        07 Civ. 4120 (DLC)(KNF)

MARIBELLA MORTGAGE, LLC,                          :

              Defendant.                    :

```
--------------------------------------------------------------
```
DB STRUCTURED PRODUCTS, INC.,                    :

               Plaintiff,                    :

             -against-                    :

                                        07 Civ. 4121 (DLC)(KNF)

LANCASTER MORTGAGE BANKERS, LLC,    :

              Defendant.                    :

```
--------------------------------------------------------------
```
DB STRUCTURED PRODUCTS, INC.,                    :

               Plaintiff,                    :

              -against-                    :

                                        07 Civ. 4122 (DLC)(KNF)

GREAT NORTHERN FINANCIAL  GROUP,    :
INC.,
              Defendant.                    :

```
--------------------------------------------------------------
```
DB STRUCTURED PRODUCTS, INC.,                    :

               Plaintiff,                    :

              -against-                    :

                                        07 Civ. 4123 (DLC)(KNF)

INVESTAID CORPORATION,                            :

              Defendant.                    :

```
--------------------------------------------------------------
```

-3-

```
-------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                    Plaintiff,             :

               -against-                   :
                                                    07 Civ. 4124 (DLC)(KNF)
CAMERON FINANCIAL GROUP, INC.              :

                    Defendant.             :
-------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                    Plaintiff,             :

               -against-                   :
                                                    07 Civ. 4125 (DLC)(KNF)
TRANSNATIONAL FIN. NETWORK, INC.,          :

                    Defendant.             :
-------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                    Plaintiff,             :

               -against-                   :
                                                    07 Civ. 4126 (DLC)(KNF)
BAYROCK MORTGAGE CORPORATION,              :

                    Defendant.             :
------------------------------------------------------- X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that:

(1)    settlement conferences shall be held in courtroom 20A, 500 Pearl Street, New

York, New York, with the plaintiff, and the following defendants, on the dates

identified below:

A. First Capital Mortgage Corp.
   November 12, 2007, at 10:30 a.m.,

B. Bayrock Mortgage Corp.
   November 12, 2007, at 2:30 p.m.,

C. Baltimore America Mortgage Corp.
   November 13, 2007, at 10:30 a.m.,

D. Lender Ltd.
   November 13, 2007, at 2:30 p.m.,

E. Cameron Financial Group, Inc.
   November 15, 2007, at 10:30 a.m.,

F. Prajna Group, Inc.
   (d/b/a Liberty Mortgage Funding)
   November 15, 2007, at 3:00 p.m.,

G. Transnational Financial Network, Inc.
   December 4, 2007, at 2:30 p.m.,

H. Great Northern Financial Group, Inc.
   December 5, 2007, at 10:30 a.m.,

I. Maribella Mortgage, LLC
   February 4, 2008, at 10:30 a.m.,

J. Lancaster Mortgage Bankers, LLC
   February 5, 2008, at 10:30 a.m.; and

(2)    the parties shall review the Settlement Procedures under which the conferences will be

conducted, in particular the attendance and pre-conference submission requirements

specified in paragraphs three and six of the Procedures. The Settlement Procedures

may be accessed on the Court's website at:

http://www1.nysd.uscourts.gov/judge_info.php?id=63; and

(3)    at least ten days prior to the respective settlement conference dates, the appropriate

parties shall confer, in person or by telephone, to engage in good-faith settlement

negotiations. Should any of the above-noted parties resolve their litigation prior to the

settlement conference, those parties shall notify the undersigned, in writing,

expeditiously.

Dated: New York, New York
       September 26, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE