# Thacher Proffitt

MEMO ENDORSED

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
212.912.7400

Fax: 212.912.7751
www.tpw.com

Direct Dial: 212.912.7417
jdoherty@tpw.com
Admitted in NY



December 12, 2007



**VIA FACSIMILE**

Hon. Kevin Nathaniel Fox
U.S. Magistrate Judge
United States District Court
Southern District of New York
40 Centre Street, Room 540
New York, NY 10007

    Re:  DB Structured Products, Inc. v. Cameron Financial Group, Inc.,
           Case No. 07 CV 4124 (DLC)(KNF)

Dear Judge Fox,

    We represent DB Structured Products, Inc. in the above-referenced matter, and we write to provide Your Honor with an update as to the status of settlement in this matter. As a follow-up to the November 15, 2007 mediation, the parties are exchanging relevant documents and information. We have provided Defendant's counsel with an updated spreadsheet detailing Plaintiff's actual and projected losses in connection with the subject loans, and we have also provided Defendant's counsel with information regarding ownership of the loans. We are currently awaiting receipt of data regarding Defendant's financial status.

    We propose sending Your Honor another update regarding the status of this matter in 30 days time. Please contact me if you have any questions.

12/13/07
Application granted.
SO ORDERED:
_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

John P. Doherty
John P. Doherty, Esq.

cc (via facsimile):

Michael Einbinder, Esq.
Einbinder & Dunn, LLP
104 West 40th Street
New York, New York 10018
Phone: (212) 391-9500
Fax: (212) 391-9025

New York, NY     Washington, DC     White Plains, NY     Summit, NJ     México City, México