# Thacher Proffitt

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
212.912.7400

Fax: 212.912.7751
www.tpw.com

Direct Dial: 212.912.7622
bzahner@tpw.com
Admitted in NY, NJ

**ENDORSED**

[Stamp: JAN 15 2008 2007]

**VIA FACSIMILE**

January 15, 2008

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #_____ / DATE FILED: 1/15/08]

Hon. Kevin Nathaniel Fox
U.S. Magistrate Judge
United States District Court
Southern District of New York
40 Centre Street, Room 540
New York, NY 10007

Re: *DB Structured Products, Inc. v. Cameron Financial Group, Inc.*,
Case No. 07 CV 4124 (DLC)(KNF)

Dear Judge Fox,

We represent DB Structured Products, Inc. in the above-referenced matter, and we write to provide Your Honor with an update as to the current status of settlement in this matter. As noted in our letter to Your Honor of December 12, 2007, we previously provided Defendant's counsel with an updated spreadsheet detailing Plaintiff's actual and projected losses in connection with the subject loans, and we have also provided Defendant's counsel with information regarding ownership of the loans. We received data regarding Defendant's financial status today, and we expect to provide Defendant's counsel with the remaining outstanding information – the servicing files for the loans at issue – by the end of this week.

We propose sending Your Honor another update regarding the status of this matter in 30 days time. Please contact me if you have any questions.

[Handwritten: 1/17/08
On or before February 15, 2008, advise the Court whether the parties have settled the litigation.
SO ORDERED:
Kevin Nathaniel Fox]

Respectfully submitted,

Brendan E. Zahner, Esq.

cc (via facsimile): KEVIN NATHANIEL FOX, USMJ.

Michael Einbinder, Esq.
Einbinder & Dunn, LLP
104 West 40th Street
New York, New York 10018
Phone: (212) 391-9500
Fax: (212) 391-9025

New York, NY   Washington, DC   White Plains, NY   Summit, NJ   Mexico City, Mexico