```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
DB STRUCTURED PRODUCTS, INC.,            :
                    Plaintiff,           :
                                         :    07 Civ. 4124 (DLC)
          -v-                            :
                                         :         ORDER
CAMERON FINANCIAL GROUP, INC.,           :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

It having been reported to this Court that the defendant in this action has filed for bankruptcy, it is hereby

ORDERED that the action is stayed.

IT IS FURTHER ORDERED that the plaintiff shall provide a letter to the Court on or before **February 27, 2009**, advising the Court as to the status of this action.

SO ORDERED:

Dated:   New York, New York
         February 26, 2008

                                   _____
                                           DENISE COTE
                                   United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/26/08]